## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Violation/Case No. *1126491 , 1126492 , 1126493*

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

*William Higgs* ,

**Defendant.**

_____

### NOTICE OF FUTURE COURT DATE

_____

### TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

_____ ✓ **Initial Appearance**
_____ **Arraignment**
_____ **Sentencing**
_____ **Status**
_____ **Review**
_____ **Other**_____

The location, date and time set for the hearing is:

Appearance date: *Dec. 11, 2012*         at 400 Rood Avenue, Room 323
                       *@ 10:00 a.m*      Grand Junction, CO 81501

You are advised that your attendance on this date is mandatory. Failure to appear will lead to a warrant for your arrest and possible finding of contempt of court.

By: *P. Harrell*
     **Deputy Clerk**

_____
**(Defendant's signature)**