# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Gordon P. Gallagher

Criminal Action No. : 12-po-00077-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WILLIAM T. HIGGS,

    Defendant.

---

## ORDER

---

The court hereby directs the United States Marshals Service to serve the Government's trial subpoenas in the above named case.

By the court:

Gordon P. Gallagher
Magistrate Judge